UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:05-cr-65-FtM-29SPC

CLEMENT MCDOWELL
_____

**OPINION AND ORDER**

  This matter comes before the Court on defendant's Motion for Reconsideration of Pretrial Bond (Doc. #122), filed on August 10, 2006.  Defendant seeks review of an Order of Detention Pending Trial (Doc. #13), filed on August 24, 2005.  The Court will assume, for purposes of this motion, that the motion is timely despite being filed almost a year after the Order now being challenged.

  The matter is before the Court pursuant to 18 U.S.C. § 3145, and the Court conducts an independent *de novo* review to determine whether the magistrate judge properly found that pretrial detention was necessary.  United States v. King, 849 F.2d 485, 490 (11th Cir. 1988).  The Court frankly doubts that defendant is not a flight risk.  However, since this was not asserted by the government at the detention hearing, the Court will not revisit the magistrate judge's finding that defendant was not a risk of non-appearance. The Court does find that the government has proven by clear and convincing evidence that defendant is a danger to the community and others, and that there is no condition or combination of conditions

which can reasonably assure the safety of any other person and the community.  As the magistrate judge noted, defendant has a lengthy criminal history, has used seven aliases, has a number of failure to appears, was on bond for pending drug charges and resisting arrest without violence, and was charged with other offenses while on bond.  Releasing a person who is such a danger to Ruth Cooper Center, either as an in-patient or an out-patient, is not a viable alternative under the facts of this case.  Additionally, the presumption of detention created by the drug charge in the indictment has not been rebutted.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Reconsideration of Pretrial Bond (Doc. #122) is **DENIED** and the decision of the magistrate judge to detain defendant is affirmed.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of August, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:  U.S. Magistrate Judge
Counsel of Record

-2-