UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                2:05-cr-65-FtM-29SPC

CLEMENT MCDOWELL
_____

**OPINION AND ORDER**

This matter came before the Court on December 27, 2006, for a Competency Hearing.  Defendant was previously examined by a professional of defendant's choosing, Paul S. Kling, PhD., and found competent.  That Report was filed with the Court under seal. The Court, however, found that a more in-depth evaluation was necessitated by defendant's behavior and he was committed to the custody of the Attorney General for evaluation.  (See Doc. #59.) That Report was completed by the Bureau of Prisons, and filed *in camera* for review by the Court.  Defendant was found competent in that evaluation.[1]

The Due Process Clause prohibits the government from trying and convicting a defendant who is mentally incompetent.  The legal standard for mental competency to stand trial or plead guilty is

---

[1] The Court also appointed two additional expert witnesses at defendant's request: Jethro W. Toomer, PhD; and Frederick Schaerf, PhD.  (Docs. #120, 131.)  Reports were completed by these experts but not submitted to the Court by defense counsel.  Both defense experts found defendant competent.

that defendant has sufficient present ability to consult with his or her attorney with a reasonable degree of rational understanding and has a rational as well as factual understanding of the proceedings against him or her. 18 U.S.C. § 4241(a); Dusky v. United States, 362 U.S. 402 (1960); Godinez v. Moran, 509 U.S. 389 (1993). The competency inquiry is a functional one, focusing on the defendant's capacity to contribute sufficiently to his own defense to allow a fair trial, Watts v. Singletary, 87 F.3d 1282, 1286 (11th Cir. 1996), or a proper guilty plea.

Defendant was evaluated on December 12, 2005, by Paul S. Kling, PhD, a licensed psychologist. Dr. Kling conducted an interview with defendant, reviewed his medical history, and spoke to defendant's wife. Dr. Kling concluded that Mr. McDowell had the ability to understand the charges against him; that he had the ability to understand the range and nature of possible penalties that could be imposed; and that Mr. McDowell possessed sufficient ability to understand the legal system. Dr. Kling further concluded that Mr. McDowell had the ability to understand the adversarial nature of the legal system and the court system. Dr. Kling determined that Mr. McDowell had the ability to provide counsel pertinent information regarding his case and that he understands his legal situation overall. Dr. Kling found Mr. McDowell to be able to testify relevantly on his own behalf and to challenge prosecution witnesses. In summary, Dr. Kling opined that Mr. McDowell was competent to proceed and that he possessed

sufficient present mental ability to understand his case and to consult with counsel.

Defendant was evaluated at the Federal Detention Center in Miami, Florida, between February 14, 2006 and March 21, 2006. The Forensic Psychologist, Jorge Luis, Psy.D, after extensive evaluation and review of his criminal and medical history, concluded that Mr. McDowell demonstrated no active mental states that would interfere with his rational understanding of the proceedings or his ability to assist toward his defense if were motivated to do so.  Dr. Luis further concluded that his mental state was stable and that he was competent to stand trial.

Counsel for defendant, at the December 27, 2006, hearing, indicated that the evaluations conducted by defense experts also concluded that Mr. McDowell is competent to stand trial.

Upon consideration of the evaluations and having heard from defendant with counsel present, the Court finds by a preponderance of the evidence that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent, and defendant is able to understand the nature and consequences of the proceedings against him.  Additionally, the Court finds that defendant has a rational and factual understanding of the proceedings against him and can properly assist counsel.

Accordingly, it is now

**ORDERED:**

For the reasons stated at the hearing and in this Opinion and Order, the Court finds defendant competent to stand trial or plead guilty.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of December, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record