UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                2:05-cr-65-FtM-29SPC

CLEMENT MCDOWELL
_____

**OPINION AND ORDER**

On April 5, 2007, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #188) to the Court recommending that Defendant's Motion to Suppress (Doc. #167) be denied. Defendant filed Objections to Report and Recommendation (Doc. #196) on April 27, 2007.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b()1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir.

1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

**II.**

Defendant argues that he was unable to understand his Miranda rights and therefore could not voluntarily waive his rights in connection with a statement he made to law enforcement officers. As set forth in more detail in the Report and Recommendation, both officers testified defendant was lucid, coherent, cooperative, responsive, and appeared to understand everything said to him. The most that the evidence established was that defendant was "hyper" and spoke very fast.  After reviewing the Report and Recommendation, the transcript of the evidentiary hearing, the exhibits, and the objections, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.

Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1.   The Magistrate Judge's Report and Recommendation (Doc. #188) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

    2.    Defendant's Motion to Suppress (Doc. #167) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of May, 2007.

                                  */s/ John E. Steele*
                                  JOHN E. STEELE
                                  United States District Judge

Copies:
Hon. Sheri Polster Chappell
Counsel of Record
DCCD