```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                           2:05-cr-65-FtM-29SPC

CLEMENT MCDOWELL

_____

## OPINION AND ORDER

     This matter comes before the Court on defendant's Motion to Dismiss (Doc. #207) filed on May 10, 2007. The United States' Response (Doc. #216) was filed on May 14, 2007. Defendant seeks dismissal of the indictment if the government is not able to locate and produce the confidential informant for trial.

     The identity of the confidential informant was disclosed to defendant and counsel on May 8, 2007, in open court. At the time defendant already knew the identity and, while the government no longer knew where the informant was located, defendant said that his grandmother knew the informant's location. The government has dismissed one count of the Indictment because it could not locate the informant, but intends to proceed on the other count without the informant. "The Government is under no duty to call witnesses even if they are informers." United States v. Kabbaby, 672 F.2d 857, 864 (11th Cir. 1982)(quoting United States v. Tatum, 496 F.2d 1282, 1284 (5th Cir. 1974)). Defendant has the ability to obtain a subpoena for the informer and has claimed the ability of family

members to locate the informant.  Defendant fails to do so at his peril.

Accordingly, it is now

**ORDERED**:

Defendant's Motion to Dismiss (Doc. #207) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___17th___ day of May, 2007.

                                              JOHN E. STEELE
                                              United States District Judge

Copies:
AUSA
Counsel of Record