UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs. 2:05-cr-65-FtM-29SPC

CLEMENT MCDOWELL
_____

**OPINION AND ORDER**

     This matter comes before the Court on defendant's letter motion for a full docket sheet and the retroactive application of the Sentencing Guidelines for crack offenses (Doc. #318), filed on June 16, 2008.

Judgment (Doc. #265) was entered on January 25, 2008, and counsel of record filed a Notice of Appeal (Doc. #266) on January 30, 2008. Appointed counsel still represents defendant for purposes of appeal, see USCA Case No. 08-10645F, and the appeal is not *pro se*. Therefore, the motion for a full docket sheet to process defendant's "pro se appeal" will be denied.

Defendant also seeks the retroactive application of Amendment 706 to the Sentencing Guidelines for crack cocaine offenses pursuant to 18 U.S.C. § 3582, if he is eligible. Defendant was sentenced on January 22, 2008, and the Base Offense Level used to calculate his Sentencing Guidelines range had already accounted for the two-level reduction implemented by Amendment 706. Therefore, defendant is not eligible for a further reduction.

Accordingly, it is now

**ORDERED:**

1.  Defendant's letter motion for a full docket sheet (Doc. #318) is **DENIED**.

2.  Defendant's letter motion for the retroactive application of Amendment 706 to the Sentencing Guidelines for crack cocaine offenses (Doc. #318) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of July, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
AUSA Haas
Clement McDowell
Counsel of Record