```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                    Case No. 2:05-cr-65-FTM-29SPC

CLEMENT McDOWELL
_____

## OPINION AND ORDER

This matter is before the Court on defendant's *pro se* letter, which the Court construes as a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. #323), filed on July 25, 2008. Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels, if such a reduction applies to him. Defendant was sentenced based upon the Sentencing Guidelines manual effective November 1, 2007, which incorporated the reduction made by Amendment 706. Since defendant has already received the benefit of the two-level reduction, and additional reduction is not authorized. See Opinion and Order (Doc. #319), dated July 1, 2008, stating defendant was not eligible under Amendment 706 for the same reason.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant's *pro se* letter, which the Court construes as a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)

(Doc. #323), is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of September, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA Haas
Clement McDowell
U.S. Probation
U.S. Marshal
DCCD

2